U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
11:29 A M
May 27, 2015
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION NO: CR 115-059 |
| | ) | |
| v. | ) | VIO: 18 U.S.C. §2339B |
| | ) | Attempt to Provide Material |
| LEON NATHAN DAVIS | ) | Support to a Foreign Terrorist |
|    a/k/a "Abdul Wakil Khalil", | ) | Organization |
|    a/k/a "Abu Hurairah | ) | |
|       Al Amreekee," | ) | |
| | ) | |
| Defendant. | ) | |

## COUNT ONE
(Attempt to Provide Material Support to a
Designated Foreign Terrorist Organization)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 24, 2014, and prior thereto, with the exact beginning date being unknown, in Richmond County, within the Southern District of Georgia, and elsewhere, the defendant,

**LEON NATHAN DAVIS**,
a/k/a "Abdul Wakil Khalil",
a/k/a "Abu Hurairah Al Amreekee,"

aided and abetted by other individuals known and unknown, did knowingly attempt to provide material support and resources, including personnel, namely himself, to a foreign terrorist organization, that is, the "Islamic State of Iraq and the Levant (ISIL)," also known as "the Islamic State of Iraq and al-Sham ("ISIS")," knowing that the organization was a designated foreign terrorist organization in violation of

Title 18, United States Code, Section 2339B.

_____
Edward J. Tarver
United States Attorney

_____
James D. Durham
First Assistant United States Attorney

_____
Brian T. Rafferty
Criminal Division Chief

_____
Carlton R. Bourne, Jr.
Assistant United States Attorney
Lead Counsel

_____
Nancy Greenwood
Assistant United States Attorney
Co-Counsel

# VERDICT

We, the jury find the defendant, _____

this _____ day of _____, 2015.

_____
Foreman

# PLEA

The defendant, _____, waives arraignment and pleads _____

In open Court, this _____ day of _____, 2015.

_____
Counsel for Defendant

_____
Defendant

---

No. CR **CR115-059**

United States District Court
Southern District of Georgia
Augusta Division

UNITED STATES
vs.
LEON NATHAN DAVIS

INFORMATION
FOR
18 U.S.C. §2339B

Filed in open Court this _____ day
Of May, 2015.

_____
Deputy Clerk

EDWARD J. TARVER
United States Attorney

USA-40-21-3

---

# PLEA

The defendant(s) _____

being fully informed and advised by the Court of the charge against him (them), and of his (their) legal right to the assistance of counsel, and that counsel would be appointed by the Court if desired, hereby waives arraignment and benefit of counsel, and pleads

_____

In open Court this _____ day of _____, 2015.

_____
_____
_____

Witness:

_____
Clerk, United States Courts