U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
11:29 AM
May 27, 2015
_____ Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION NO: CR 115-059 |
| | ) | |
| v. | ) | VIO: 18 U.S.C. §2339B |
| | ) | Attempt to Provide Material |
| LEON NATHAN DAVIS | ) | Support to a Foreign Terrorist |
| a/k/a "Abdul Wakil Khalil", | ) | Organization |
| a/k/a "Abu Hurairah | ) | |
| Al Amreekee," | ) | |
| | ) | |
| Defendant. | ) | |

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalty for the offense charged in the Indictment is as follows:

**COUNT ONE:**  Attempt to Provide Material Support to a Terrorist Organization
18 U.S.C. §2339

NOT MORE THAN FIFTEEN (15) YEARS IMPRISONMENT;
A FINE OF NOT MORE THAN $250,000;
UP TO A LIFETIME OF SUPERVISED RELEASE;
AND A $100 SPECIAL ASSESSMENT.

Respectfully submitted this 15th day of May, 2015.

EDWARD J. TARVER
UNITED STATES ATTORNEY

/s/ Carlton R. Bourne
Carlton R. Bourne, Jr.
Assistant United States Attorney
S.C. Bar Number 007868

Post Office Box 8970
Savannah, GA 31412
Telephone Number: 912-652-4422