U.S. DISTRICT COURT
Southern District of Georgia
Filed in Open Court
3:30 P.M.
05/27/2015

Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR115-059 |
| | ) | |
| LEON NATHAN DAVIS | ) | |

PLEA TO FELONY INFORMATION

The Defendant, LEON NATHAN DAVIS, having waived indictment in open court, and with the consent of the Court, hereby enters a plea of Guilty to Count 1 of the Information.

This 27 day of May, 2015.

_____
LEON NATHAN DAVIS, Defendant

_____
MICHAEL N. LOEBL
Attorney for Defendant