# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CR115-059**
TITLE  **USA V. NATHAN LEON DAVIS**

DATE **July 23, 2015**

TIMES **9:02 am - 9:05 am**

TOTAL **3 min.**

Honorable : **J. Randal Hall, U.S. District Court Judge**
Court Reporter :

Courtroom Deputy : **Lisa Widener**
Interpreter :

Attorney for Government
**Charlie Bourne**

Attorney for Defendant(s)
**Michael Loebl**

Attorney for

PROCEEDINGS : **TELEPHONE CONFERENCE**

☐ In Court
☑ In Chambers

Oral motion by defendant for sealed in-camera hearing on limited sentencing issue.

No objection from the Govt.

Court takes matter under advisement.

(Rev 7/2003)

GENERAL CLERK'S MINUTES