UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

SENTENCING MINUTES

CRIMINAL CASE NO. CR115-059          DATE: 07/28/2015

USA V. Leon Nathan Davis              TIME: 10:00 am to 11:05 am

JUDGE: Honorable J. Randal Hall       COURTROOM DEPUTY: Lisa Widener

COURT REPORTER: Lisa Davenport

ATTORNEY(S) FOR THE GOVERNMENT:       ATTORNEY(S) FOR THE DEFENDANT:

Carlton R Bourne Jr.                  Michael N. Loebl
Nancy Greenwood

PROBATION OFFICER:                    DEFENDANT SENTENCED ON COUNTS(S):

Craig Dallas / Stephanie Mercer       One

---

**Y** PSI reviewed in full                    Custody: **180** months

**N** Objections to factual basis

**N** Objections to Guideline Calculations    Supervised Release: **life** ~~years~~

**N** Changes ordered

                                              **Y** Standard and Special Conditions of Release
                                              to be explained by USPO and a written copy to be
                                              provided to defendant

**N** Factual Witnesses

**Y** Statement by Counsel                    Probation  —

**Y** Statement by Defendant                  Fine $ **1500.00**

**Y** Appeal rights of defendant explained (waived)    Restitution $  —

Facility requested/recommended:               Special Assessment $ **100.00**

  —                                           Community Service: _____ hours within
                                              _____ months of release

Defendant remanded **Y**                      Dismiss Count(s) CR115-017

Voluntary surrender —                         Plea agreement accepted **Y**

Departure from guidelines **N**               Upward —   Downward —