GAS 187(Rev. 07/08) Exhibit and Witness List

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA

V.

LEON NATHAN DAVIS

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR115-059

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| J. RANDAL HALL | CARLTON R. BOURNE, JR. | MICHAEL N. LOEBL |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| July 28, 2015 | Lisa Davenport | Lisa Widener |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 07/28/2015 | X | X | Facebook Business Record |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages