# United States District Court
## Southern District of Georgia
Augusta Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | CASE NUMBER  CR115-059 |
| ) | |
| LEON NATHAN DAVIS ) | |
| ) | |

### O R D E R

The above captioned case having come on for jury trial the week of __July 28, 2015__ _____ and there being certain items entered into evidence during the course of said trial,

IT IS HEREBY ORDERED that the following evidence be returned to ___the___ ___Government___, for safekeeping and for production in the Court of Appeals, if necessary, upon return of a jury verdict.

Government Exhibit 1

SO ORDERED, this 27th day of September, 2016.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA